PAUL J. FISHMAN                          Document Electronically Filed
United States Attorney
ELIZABETH A. PASCAL
Assistant U.S. Attorney
Camden Federal Building
and U.S. Courthouse
401 Market Street
P.O. Box 2098
Camden, NJ 08101
(856) 757-5105
Attorneys for Defendants
Rosalie E. Hyatt, M.D.,
Eric Chang, D.O., and
CAMcare Health Corporation

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ASHLIE WHITE, | : HONORABLE |
| Plaintiff, | : |
| v. | : Civil Action No. |
| ROSALIE E. HYATT, M.D., et al., | : |
|  | : NOTICE OF REMOVAL |
| Defendants. | : |

TO:   Roberta Golden, Esquire
      Ross Feller Casey, LLP
      1650 Market Street, Suite 3450
      Philadelphia, PA 19103
      Attorneys for Plaintiff

      Jay Blumberg, Esquire
      Blumberg and Lindner, LLC
      158 Delaware Street
      P.O. Box 68
      Woodbury, NJ 08096
      Attorneys for Defendant Robert M. Sidwa, D.O.

      Timothy M. Crammer, Esquire
      Crammer, Bishop & O'Brien
      508 New Jersey Avenue, Suite B-3
      Absecon, NJ 08201
      Counsel for Underwood Defendants

```
Mark A. Petraske, Esquire
Buckley Theroux Kline & Petraske
932 State Road
Princeton, NJ 08540
Attorneys for Defendants Team Health/EPA

Carolyn R. Sleeper, Esquire
Parker McCay, P.A.
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053
Attorneys for Cooper Defendants
```

PLEASE TAKE NOTICE that this case, previously pending in the New Jersey Superior Court, Law Division, Camden County, Docket No. L-3655-11, is hereby removed to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233(c). The United States of America is hereby substituted for removing Defendants Rosalie E. Hyatt, M.D., Eric Chang, D.O., and CAMcare Health Corporation (collectively "Federal Defendants"), pursuant to 28 U.S.C. § 2679(d)(1) and 42 U.S.C. § 233(c) and (g), with respect to all of the claims set forth against those parties in the Complaint. The United States of America, by and through its undersigned attorneys, respectfully state the following in support of the removal of this matter:

1. The Complaint was filed in the New Jersey Superior Court, Law Division, Camden County, on or about July 27, 2011. <u>See</u> Exhibit A (State Court Summons and Complaint). Service of process has not been effected upon the Federal Defendants in the manner specified in and required under Fed. R. Civ. P. 4(i).

2. Plaintiff has filed this civil action seeking damages from the Federal Defendants for personal injuries she allegedly sustained as the direct and proximate result of the Federal Defendants' alleged negligence (<u>i.e.</u>, medical malpractice).

3. At all times relevant to this Complaint, the Federal Defendants were deemed employees of the United States pursuant to 42 U.S.C. § 233(g). <u>See</u> Exhibit B (Declaration of Erica Gibson).

4. This action is deemed to be an action against the United States because the Federal Defendants were acting within the scope of employment as employees of the United States pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233(c). <u>See</u> Exhibit C (Certification of Scope of Employment).

5. Sections 233(a) and (g) of Title 42 of the United States Code, as amended by the Federally Supported Health Centers Assistance Act of 1995 (Public Law 104-73), and Section 2679(b) of Title 28 of the United States Code, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Public Law 100-694), provide that the Federal Tort Claims Act ("FTCA") is the exclusive remedy for tort claims against the United States.

6. The United States District Courts have exclusive jurisdiction over tort actions filed against the United States under the FTCA. 28 U.S.C. § 1346(b).

7.    This Notice of Removal will be filed with the Clerk of the New Jersey Superior Court, Law Division, Camden County, and will be served on all parties in accordance with 28 U.S.C. § 1446(d).  <u>See</u> Exhibit D (Letter to Clerk of New Jersey Superior Court).

                                            PAUL J. FISHMAN
                                            United States Attorney

                                            <u>s/Elizabeth A. Pascal</u>
                                            By: ELIZABETH A. PASCAL
                                            Assistant U.S. Attorney

Date:  January 5, 2012