## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK



**MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE**
**50 WALNUT STREET, P.O. BOX 419**
**NEWARK, NEW JERSEY 07101**

**CAMDEN OFFICE**
MITCHELL H. COHEN  US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

### March 1, 2012

**WILLIAM T. WALSH**
  **CLERK**

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO: CAMDEN**

```
Superior Court of New Jersey
Camden County
101 South 5th Street
Camden, NJ 08103

            RE: WHITE v. HYATT et al

            Our Civil Number: 1:12-cv-00081-JEI-AMD
            Your Civil Number: CAM-L-55-00011


Dear Sir or Madam:

     Pursuant to the Order of Remand entered in the above entitled
matter by this Court, please find enclosed one (1) certified copy
of the docket entries and one (1) certified copy of the Remand
order.

                            Very truly yours,


                            WILLIAM T. WALSH, CLERK



                       By:  Desiree Ramsey
                            Deputy Clerk


cc: file
```